IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| WALLACE MYERS | * | CIVIL ACTION NO. 2:21-cv-02734 |
| | * | |
| VERSUS | * | JUDGE JAMES D. CAIN, JR. |
| | * | |
| ALLIED TRUST INSURANCE COMPANY | * | MAGISTRATE JUDGE KATHLEEN KAY |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO CONFIRM APPRAISAL AWARD

**NOW INTO COURT**, through undersigned counsel, comes Allied Trust Insurance Company (hereinafter "Allied Trust"), who respectfully moves this Honorable Court to confirm the Appraisal Award agreed to by the appraiser on behalf of Allied Trust and the appraiser on behalf of Plaintiff on the grounds that the Appraisal Award is the amount of damages suffered by Plaintiff, Wallace Myers, against Defendant in the instant matter, for reasons as more fully set forth in the attached Memorandum in Support.

WHEREFORE, Defendant prays that this Honorable Court set the amount of damages in this matter pursuant to the properly executed Appraisal Award; and

FURTHER, Defendant prays for all general and equitable relief.

Respectfully submitted,

*(s) Peyton L. Stein*
**MATTHEW D. MONSON (25186)**
**KEVIN P. RICHE (31939)**
**RACHEL L. FLARITY (33131)**
**JOHN D. MINEO, IV (36587)**
**PEYTON L. STEIN (39400)**
**THE MONSON LAW FIRM, LLC**
900 W. Causeway Approach, Suite A
Mandeville, Louisiana 70471
Telephone:    (985) 778-0678
Facsimile:    (985) 778-0682
Email:  *peyton@monsonfirm.com*
***Counsel for Allied Trust Insurance Company***

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record via electronic mail, by the United States District Court for the Western District of Louisiana, this the 12th day of May, 2022.

*(s) Peyton L. Stein*