IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| WALLACE MYERS | * | CIVIL ACTION NO. 2:21-cv-02734 |
| | * | |
| VERSUS | * | JUDGE JAMES D. CAIN, JR. |
| | * | |
| ALLIED TRUST INSURANCE COMPANY | * | MAGISTRATE JUDGE KATHLEEN KAY |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **O R D E R**

Considering Allied Trust Insurance Company's Motion to Confirm Appraisal Award;

IT IS HEREBY ORDERED that the Motion to Confirm Appraisal Award is GRANTED.

IT IS FURTHER ORDERED that the amount of Appraisal Award be deemed the full damages under the applicable coverage.

Lake Charles, Louisiana this _____ day of _____, 2022.

_____
**HONORABLE JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**