# DECLARATION

**STATE OF FLORIDA**
**COUNTY OF SANTA ROSA**

BE IT KNOWN that on the ___10___ day of __May_____, 2022,

# CORY BAKER

did appear and declare as follows:

1. That he is of the full age of majority and a resident of Milton, Florida;

2. That he is currently employed as a claims adjuster for Allied Trust Insurance Company ("Allied");

3. That as a claims adjuster for Allied, he is the custodian of records for and privy to the facts and circumstances surrounding Claim No. 2015709 filed by Wallace Myers under Policy No. 833646 ("the Policy"). A true and correct copy of the Certified Policy is attached hereto as Exhibit "A".

4. That attached hereto as Exhibit "B" is a true and correct copy of the correspondence dated November 24, 2020, from counsel for Plaintiff regarding Plaintiff's disagreement with Allied Trust's valuation of damages;

5. That attached hereto as Exhibit "C" is a true and correct copy of the correspondence dated December 4, 2020, from counsel for Allied Trust to counsel for Plaintiff invoking appraisal;

6. That attached hereto as Exhibit "D" is a true and correct copy of the correspondence dated December 16, 2020, from counsel for Plaintiff to counsel for Allied Trust designating Plaintiff's appraiser;

7. That attached hereto as Exhibit "E" is a true and correct copy of the Appraisal Award executed by the Umpire, Cody King on February 15, 2022, and by Allied's Appraiser, Larry "Bree" McCorkle on February 17, 2022;

8. That attached hereto as Exhibit "F" is a true and correct copy of the correspondence dated February 28, 2022, from Allied Trust to Plaintiff's counsel regarding payment pursuant to the Appraisal Award;

9. That the records referenced herein above are kept in the regular course and scope of business of Allied Trust;

EXHIBIT 1

10. That the above statements were made freely, voluntarily, and based upon his personal knowledge.

*Cory Baker*
**CORY BAKER**
