

December 16, 2020

*Via Email: matthew@monsonfirm.com*
Matthew Monson
The Monson Law Firm, LLC
900 W. Causeway Approach, Ste. A
Mandeville, LA 70471

|   |   |   |
|---|---|---|
| Re: | Named Insured: | Wallace Myers |
|   | Insurer: | Allied Trust Insurance Company |
|   | Policy No.: | 833646 |
|   | Claim No.: | 2015709 |
|   | Date of Loss: | 08/27/2020 (Laura) & 10/9/2020 (Delta) |

Dear Mr. Monson:

    We have received your December 4, 2020 letter whereby Allied Trust Insurance Company invoked Appraisal. Kindly accept this as notification that we appoint our appraiser as:

James Howard
35000 Wilson Road
Brookshire, TX 77423
Tel: 832-878-4904
Email: jhoward@bldgwrks.com

Mr. Howard is currently awaiting approval of his appraiser registration. Please let me know if you need anything further to start the appraisal process.

    With best regards, I remain

                                            Sincerely,

*Karen H. Beyea-Schroeder* (signature)

                                            Karen H. Beyea-Schroeder
                                            Gauthier Murphy & Houghtaling LLC
                                            3500 North Hullen Street
                                            Metairie, LA 70002
                                            Telephone:  (832) 413-4413
                                            Email:  karen@gmhatlaw.com

                                                                       EXHIBIT D