

## Panel Award

Ins. Co:        **Allied Trust Insurance Company**
Policy #:       **833646**
Claim #:        **2015709**
Date of Loss:   **8/27/2020**
Insured:        **Wallace Myers**
Address:        **4884 Muirfield Dr, Lake Charles, LA, 70605**

We, the undersigned appraisal panel, have investigated and considered all material facts and Available information pertaining to this appraisal. We have determined an Appraisal Award as described below:

| Coverage Type | RCV | ACV |
|---|---|---|
| Dwelling: | $128,180.86 | $111,635.75 |
| Other Structures: | $6,056.07 | $5,144.61 |
| Contents | $81,217.05 | $71,091.21 |
| Additional Living Expenses | $0.00 | $0.00 |
| **Total Award Amount:** | **$215,453.98** | **$187,871.57** |

The deliberations of the Appraisal Panel are confidential and exempt from depositions or suit in case the Award is challenged, or a bad faith suit is filed.

This Appraisal Award is subject to all terms, conditions, provisions and/or exclusions of the above policy of Insurance.

We do hereby award the foregoing amounts as our appraisal award. The amounts are subject to the deduction of any previous payments and any applicable deductible(s).

This Appraisal Award shall be valid and considered final if at least two of the three panel members concur in a decision, as evidenced by their signatures.

All executed copies shall be counterpart originals.

EXHIBIT E

## WE AGREE TO THE ABOVE:

*Larry Bree McCorkle*                                                                2-17-2022
_____

Appraiser for the carrier:                                                            Date


_____

Appraiser for the insured:                                                            Date

*Cody King*                                                                               2/15/2022
_____
Umpire:                                                                                              Date