

TRANSCYND CLAIM PARTNERS, LLC., Claims administrator for:
**ALLIED TRUST INSURANCE COMPANY**
25941 US Highway 19 N, Box 15457
Clearwater, FL 33766
Toll-Free: (888) 255-2779
Local: (727) 475-6178
Fax Line: (727) 442-4933

February 28, 2022               VIA Email: karen@gmhatlaw.com

Gauthier Murphy & Houghtaling LLC
Karen H. Beyea-Schroeder
3500 North Hullen Street
Metairie, LA 70002

Re:     Allied Trust Policyholder:        Wallace Myers
        Allied Trust Policy Number:       833646
        Allied Trust Claim Number:        2015709
        Type of Loss:                     Hurricane
        Date of Loss:                      8/27/2020
        Loss Location:                    2884 Muirfield Dr. Lake Charles, LA

Dear Ms. Beyea-Schroeder,

Allied Trust Insurance Company ("Allied Trust") provides homeowners insurance coverage for the above location, with Transcynd Claim Partners, acting as the claims administrator on their behalf.

This letter follows the review and investigation of your claim. We have received the appraisal award. Under separate cover you will receive the following payments.

**Coverage A – Dwelling**
| | |
|---|---|
| Replacement Cost Value | $128,180.86 |
| Less Recoverable Depreciation | $16,545.11 |
| Actual Cash Value | $111,635.75 |
| Less Deductible | $5,600.00 |
| Less Prior Payments | $18,441.28 |
| Net Claim Payment | $87,594.47 |

**Coverage B – Other Structures**
| | |
|---|---|
| Replacement Cost Value | $6,056.07 |
| Less Depreciation | $911.46 |
| Actual Cash Value | $5,144.61 |
| Less Prior Payments | $396.20 |
| Net Claim Payment | $4748.41 |

EXHIBIT F



**Coverage C – Contents**

| | |
|---|---|
| Replacement Cost Value | $81,217.05 |
| Less Depreciation | $10,125.84 |
| Actual Cash Value | $71,091.21 |
| Less Prior Payments | $71,091.21 |
| Net Claim Payment | $0.00 |

If you have any questions concerning your claim, please feel free to call us at the number listed below.  Your complete satisfaction is our priority.  Allied Trust Insurance is here to serve you in your time of need.

Sincerely,

Cory Baker
Litigation Examiner
Transcynd Claim Partners
(727) 316-5188
cory.baker@transcynd.com